an action on a stay bond in the Municipal Court, the fact that a judgment was entered against one of two defendants *held* not to release the other from further liability, where the judgment was vacated within thirty days from the entry of the judgment and a joint judgment was entered against them.

---

## Nora Varley, Administratrix, Appellee, v. The Chicago & Alton Railroad Company, Appellant.

### Gen. No. 19,374.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Reversed. Opinion filed May 19, 1914. Rehearing denied June 2, 1914.

### Statement of the Case.

Action by Nora Varley, administratrix of the estate of Julia Varley, deceased, against The Chicago & Alton Railroad Company to recover for the wrongful death of the deceased. The facts show that deceased and a girl friend attempted to cross defendant's railroad tracks at a street crossing while the gates were down and were compelled to stop by an approaching train on the southbound tracks; that they had passed over the northbound track and were standing between the two tracks, when a train was approaching on the northbound track, and that one Beean, who was with the girls and had remained outside the gates, realized their danger, rushed to them and attempted to protect them either by getting them in the space between the tracks or by pulling them over the northbound track, and while doing so he and the plaintiff's intestate were both struck by the train on the northbound track and killed. From a judgment in favor of plaintiff, defendant appeals.

WINSTON, PAYNE, STRAWN & SHAW, for appellant; EDWARD W. EVERETT and JAMES H. WINSTON, of counsel.

FRANCIS A. McDONNELL and MUNSON T. CASE, for appellee; ARBA N. WATERMAN, of counsel.

MR. JUSTICE CLARK delivered the opinion of the court.

### Abstract of the Decision.

RAILROADS, § 738*—*when recovery for death of pedestrian at street crossing not sustained by evidence.* In an action against a railroad company for the wrongful death of plaintiff's intestate where the facts showed that the deceased and another girl attempted to cross the defendant's tracks at a street crossing when the gates were down and that the deceased was struck by a train, *held* that the evidence was insufficient to show that the deceased was in the exercise of due care for her own safety and that a verdict for plaintiff could not be sustained.

---

## Mayer J. DeZeichner, Defendant in Error, v. Lamm & Company, Plaintiff in Error.

### Gen. No. 19,385.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed and remanded. Opinion filed May 19, 1914.

### Statement of the Case.

Action by Mayer J. DeZeichner against Lamm & Company, a corporation, to recover salary due as a designer of men's clothing in defendant's factory. The defense was that plaintiff was discharged for in-

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.